1  Haryle Kaldis (*admitted pro hac vice*)
   COZEN O'CONNOR
2  1650 Market Street, Suite 2800
   Philadelphia, PA  19103
3  Telephone: (215) 665-5559
   Email:       hkaldis@cozen.com
4

5  Attorneys for Defendant
   GoDaddy.com, LLC and
6  Go Daddy Operating Company, LLC

7

8                     UNITED STATES DISTRICT COURT

9                          DISTRICT OF ARIZONA

10

11 | Yuming Hao,                    | Case No.: 2:22-cv-01709-DLR |

           Plaintiff,               **STIPULATION FOR
                                    EXTENSION OF TIME TO
        v.                          RESPOND TO COMPLAINT**

   GoDaddy.com, LLC, and            **(FIRST REQUEST)**
   Go Daddy Operating
   Company, LLC,

           Defendant.

Pursuant to LRCiv 6.1 and 7.3, Plaintiff Yuming Hao ("Plaintiff") and Defendants GoDaddy.com, LLC and Go Daddy Operating Company, LLC (collectively "GoDaddy"), by and through counsel, hereby stipulate and agree to extend the time for GoDaddy to respond to Plaintiff's Original Complaint (Dkt. No. 1) (the "Complaint"), until December 5, 2022. In support thereof, Plaintiff and GoDaddy stipulate as follows:

1. On or about October 6, 2022, Plaintiff filed the Original Complaint. *See* Dkt. No. 1.

2. On or about November 3, 2022, Plaintiff filed proof of service of the Complaint. *See* Dkt. Nos. 8–9.

3. Counsel for GoDaddy was recently retained with regard to this matter, and GoDaddy is investigating the allegations in Plaintiff's Complaint for purposes of responding thereto, and respectfully requests additional time to enable GoDaddy to sufficiently respond to the Complaint.

4. Pursuant to Pursuant to LRCiv 6.1 and 7.3, Plaintiff and GoDaddy have agreed to extend the deadline for GoDaddy to respond to the Complaint until December 5, 2022.

5. This stipulation is the parties' first request to extend the deadline for GoDaddy to respond to the Complaint.

6. This stipulation is made in good faith, supported by good cause, and is not an attempt to delay any proceedings.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that GoDaddy shall have until December 5, 2022 to respond to the Complaint, and the parties respectfully request that this Honorable Court enter the Proposed Order submitted concurrently herewith.

///
///
///
///
///

Dated:  November 8, 2022

**COZEN O'CONNOR**
Haryle Kaldis (admitted *pro hac vice*)

By: *s/Haryle Kaldis*
    Haryle Kaldis

Attorneys for Defendant
GODADDY.COM, LLC and GO DADDY OPERATING COMPANY, LLC

Dated:  November 8, 2022

**NI, WANG & MASSAND, PLLC**
Timothy T. Wang (admitted *pro hac vice*)

By: *s/Timothy T. Wang*
    Timothy T. Wang

Attorneys for Plaintiff
YUMING HAO

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Arizona that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tim Wang
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
(972) 331-4600
twang@nilawfirm.com

Counsel for Plaintiff

SIGNED AND DATED this 8th day of November, 2022 at Philadelphia, Pennsylvania.

COZEN O'CONNOR

By: *s/ Haryle Kaldis*
      Haryle Kaldis