1  Haryle Kaldis (*admitted pro hac vice*)
   COZEN O'CONNOR
2  1650 Market Street, Suite 2800
   Philadelphia, PA  19103
3  Telephone: (215) 665-5559
   Email:      hkaldis@cozen.com
4

5  Attorneys for Defendant
   GoDaddy.com, LLC and
6  Go Daddy Operating Company, LLC

7

8 UNITED STATES DISTRICT COURT

9 DISTRICT OF ARIZONA

| Yuming Hao, | Case No.: 2:22-cv-01709-DLR |
|---|---|
| Plaintiff, | **DEFENDANTS GODADDY.COM, LLC AND GO DADDY OPERATING COMPANY, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS** |
| v. | |
| GoDaddy.com, LLC, and Go Daddy Operating Company, LLC, | |
| Defendant. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on December 19, 2022, Defendants GoDaddy.com, LLC
3  ("GoDaddy") and Go Daddy Operating Company, LLC ("Go Daddy Operating Company")
4  (together, "Defendants"), hereby move this Court for an order dismissing Plaintiff Yuming
5  Hao's ("Plaintiff") Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil
6  Procedure.

7  Defendants' Motion under Rule 12(b)(6) is made on the grounds that Plaintiffs have
8  failed to state a claim for relief. *First*, Plaintiff's claims against Go Daddy Operating Company
9  must be dismissed because Plaintiff has not identified any legal basis for bringing a claim
10 against GoDaddy's parent company. *Second*, the Complaint is deficient under Rule 8 and
11 should be summarily dismissed because it does not make discrete allegations against GoDaddy
12 and Go Daddy Operating Company, respectively, instead impermissibly lumping both
13 Defendants together. *Third*, Plaintiff fails to state a claim for conversion against GoDaddy
14 because: (a) a domain registration is intangible property that cannot be the subject of a
15 conversion action; (b) Plaintiff cannot establish that she had any right to possession of this
16 intangible property at the time of the purported conversion; and (c) Plaintiff fails to plausibly
17 allege an act of wrongful dominion or control by Defendants based entirely on GoDaddy
18 enforcing the express language of its agreements with a non-party to this action. *Fourth*,
19 Plaintiff fails to state a claim for intentional interference with contractual relations because
20 Plaintiff cannot plausibly allege: (a) that Defendants had knowledge of Plaintiff's alleged
21 contractual relations prior to the purported interference; (b) that Defendants intended to induce
22 or cause a breach of that otherwise unknown contract; and (c) any improper actions by
23 Defendants based entirely on GoDaddy enforcing the express language of its agreements with
24 a non-party to this action. *Finally*, Plaintiff's separate "claim" for declaratory relief must be
25 dismissed because Plaintiff merely requests a remedy and does not articulate a separate claim
26 for relief. Moreover, Plaintiff's request for declaratory relief effectively seeks to adjudicate
27 claims she plainly lacks standing to bring, and is therefore also improper on this basis.
28

1   This Motion is based upon this Notice, the attached Memorandum of Points and
2   Authorities, all pleadings and documents concerning this matter contained in the Court's file,
3   any other matters of which this Court may take judicial notice, and such further evidence and
4   oral argument as may be presented at the hearing of this Motion.

6   Dated: December 19, 2022

**COZEN O'CONNOR**
Haryle Kaldis (admitted *pro hac vice*)

By: *s/Haryle Kaldis*
    Haryle Kaldis

Attorneys for Defendant
GODADDY.COM, LLC and GO DADDY
OPERATING COMPANY, LLC

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Arizona that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tim Wang
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
(972) 331-4600
twang@nilawfirm.com

Counsel for Plaintiff

SIGNED AND DATED this 19th day of December, 2022 at Philadelphia, Pennsylvania.

COZEN O'CONNOR

By: *s/ Haryle Kaldis*
    Haryle Kaldis